UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:

TRAHAN, RONALD JAMES            CASE NO. 86-50336
TRAHAN, GAYLE SAULNIER
Debtors.

## TRANSMITTAL OF UNCLAIMED FUNDS

PAUL N. DEBAILLON, TRUSTEE, Trustee of this estate, reports the following:

1. Ninety days having passed since final distribution under 11 U.S.C. 726 was made in this case (8/28/09). Your Trustee has stopped payment on all checks remaining unpaid. The names of persons to whom such un-negotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

| | |
|---|---|
| Claim #4<br>Aries Paper & Chemical Co<br>PO Box 1864<br>Lake Charles, LA 70602 | $7.99 |
| Claim #5<br>First Bankcard<br>PO Box 60640<br>New Orleans, LA 70160 | 157.82 |

2. Your Trustee's check for $165.81, payable to the Clerk of the Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

LAFAYETTE, Louisiana, December 18, 2009.

/s/ PAUL N. DEBAILLON, TRUSTEE
PAUL N. DEBAILLON, TRUSTEE, TRUSTEE

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 13th Floor, New York, NY 10004

**VOID AFTER 90 DAYS**

111
1-2 / 210

3
8145

TID #380010

| Case | Debtor |
|---|---|
| 86-50336 RS | TRAHAN, RONALD JAMES |
| 312214270166 | TRAHAN, GAYLE SAULNIER |

UNCL FUNDS--ARIES PAPER CO & FIRST BANKCARD

PAUL N. DEBAILLON, TRUSTEE
P.O. DRAWER 51387
LAFAYETTE LA 70505-1387

Date  12/18/2009     $ *********165.81

~~~One Hundred Sixty-Five Dollars and 81/100

Pay to the Order of  CLERK, US BANKRUPTCY COURT
WESTERN DISTRICT

PAUL N. DEBAILLON, TRUSTEE

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW